# ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2015 FEB -4 AM 10: 01

CLERK _____
SO. DIST. OF GA.

## IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF GEORGIA
### DUBLIN DIVISION

IN RE: PARADISE FARMS, INC.,　　*
　　　　　　　　　　　　　　　　　*　　Case No. 314-127
　　　　Debtor.　　　　　　　　　*　　(Bankr. Case No. 12-30111)

---

### O R D E R

---

Having read and duly considered Lister W. Harrell's motion for reconsideration of this Court's dismissal order, the motion is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _4th_ day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE